ACCEPTED
03-13-00790-CV
6726909
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/31/2015 2:39:19 PM
JEFFREY D. KYLE
CLERK

No. 03-13-00790-CV

| | | |
|---|---|---|
| T. Mark Anderson, as co-executor of the estate of Ted Anderson, and Christine Anderson, as co-executor of the estate of Ted Anderson, Appellants | § § § § § § § § | IN THE THIRD RECEIVED IN 3rd COURT OF APPEALS AUSTIN, TEXAS 8/31/2015 2:39:19 PM JEFFREY D. KYLE Clerk |
| v. | § § § | COURT OF APPEALS |
| Richard T. Archer, David B. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri Archer, Appellees | § § § § § § | AUSTIN, TEXAS |

## Verification

On the 31st day of August, 2015, personally appeared Gerald D. McFarlen, who, being first duly sworn, upon his oath stated he is the attorney for Appellants/Cross-appellees, that he is familiar with the facts stated in the Motion to Withdraw and Motion for Continuance, and they are within his knowledge and true and correct.

_____
Gerald D. McFarlen

Subscribed and sworn to before me this 31st day of August, 2015.



_____
Notary Public

## CERTIFICATE OF SERVICE

I do hereby certify that on the 31st day of August, 2015, a true and correct copy of the foregoing verification was furnished to all counsel of record in accordance with the Texas Rules of Civil Procedure.

.

Laurie Ratliff
Ikard, Golden, Jones, P.C.
400 West 15th Street, Suite 975
Austin, Texas 78701
ATTORNEYS FOR APPELLEES/CROSS APPELLANTS

/s/ Gerald D. McFarlen
GERALD D. McFARLEN